UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MINERVA CORREA

CASE NO. 08-14907-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 511.06 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MINERVA CORREA  
14117 SW 66 ST  
MIAMI, FL 33183

DANIEL J. GIBBONS, ESQUIRE  
P.O. BOX 562290  
MIAMI, FL. 33256-2290

PORTFOLIO ACQUISITIONS LLC  
OSI COLLECTION SERVICES INC  
PO BOX 947  
BROOKFIELD, WI 53008-0947

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  08-14907-BKC-AJC
MINERVA CORREA


                            CHAPTER 13


MINERVA CORREA

14117 SW 66 ST
MIAMI, FL 33183


DANIEL J. GIBBONS, ESQUIRE
P.O. BOX 562290
MIAMI,FL. 33256-2290


PORTFOLIO ACQUISITIONS LLC    ---------$          511.06
OSI COLLECTION SERVICES INC
PO BOX 947                                 UNDELIVERABLE/STALE
BROOKFIELD, WI 53008-0947                  CLAIM REGISTER# __1__

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130